AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Apr 20, 2026

SEAN F. McAVOY, CLERK

CHRISTINA S., )
)
*Plaintiff* )
v. ) Civil Action No.   1:25-CV-03208-ACE
FRANK BISIGNANO, )
COMMISSIONER OF SOCIAL SECURITY, )
)

*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:    Stipulated Motion for Remand (No. 13) is GRANTED.
The decision of the Commissioner of Social Security is REVERSED and REMANDED for further administrative action
pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the ALJ shall: (1) offer Plaintiff an opportunity for a new
hearing; (2) further consider Plaintiff's headaches pursuant to Social Security Ruling 19-4p; (3) take any other action
necessary to complete the administrative record; and (4) issue a new decision.
Judgment is entered in favor of Plaintiff.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge    Alexander C. Ekstrom _____

Date:    4/20/2026 _____

*CLERK OF COURT*

s/Sean F. McAvoy _____
*Signature of Clerk*